1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

HAMID ZEHTAB,

                  Plaintiff,

vs.

UNUM GROUP, a Delaware corporation; PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation; and DOES 1 to 10, inclusive,

                  Defendants.

Case No.: 8:19-cv-01901-JLS-JDE

**ORDER GRANTING JOINT STIPULATION AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Having reviewed the parties' stipulation, the Court DISMISSES this matter in its entirety WITH PREJUDICE. Each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 13, 2021

\_\_\_\_ _____ \_\_\_\_

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

-1-